UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-24-RJC

| WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WACHOVIA BANK, NATIONAL ASSOCIATION, | ) ) ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| MARK E. CARPENTER, | ) ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on its own motion. The Court stayed this case and ordered the parties to proceed to arbitration on October 24, 2011. (Doc. No. 10). Plaintiff Wells Fargo Bank, N.A. served a demand for arbitration on Defendant Mark Carpenter on November 22, 2011. (Doc. No. 12).

The Court orders the parties to file a joint status report within thirty (30) days of the date of this Order. This status report must explain the status of the parties' arbitration and provide a forecast of when the arbitration proceeding will reach a conclusion.

**IT IS, THEREFORE, ORDERED** that the parties shall file a joint status report within thirty (30) days of the date of this Order.

Signed: August 21, 2012

Robert J. Conrad, Jr.
Chief United States District Judge